IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-00117 |
| | ) | JUDGE HAYNES |
| PATRICK EDWARD SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

A revocation hearing is set in this action for **Monday, December 9, 2013 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the _20_ day of November, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court